No. 17. NICHOLAS BOWDEN, EXECUTOR, ETC., ET AL., APPELLANTS, *v.* THE CITY AND COUNTY OF SAN FRANCISCO. Appeal from the Circuit Court of the United States for the North-

ern District of California. Argued October 19, 1905. Decided October 23, 1905. *Per Curiam.* Decree affirmed with costs. *Hoadly* v. *San Francisco,* 124 U. S. 639, 645; *S. C.,* 94 U. S. 4; *S C.,* 50 California, 265, 273; *S. C.,* 70 California, 320; *Townsend* v. *Greeley,* 5 Wall. 326; *Grisar* v. *McDowell,* 6 Wall. 363, 379; *Halladay* v. *San Francisco,* 124 California, 352; *Board of Education* v. *Martin,* 92 California, 209; *Trenouth* v. *San Francisco,* 100 U. S. 251. *Mr. E. B. Holladay* and *Mr. S. W. Holladay* for appellants. *Mr. W. I. Brobeck* and *Mr. Percy V. Long* for appellees.